# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-00106-01-CR-W-HFS |
| ) | |
| ADRIAN D. MILLIGAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 1, 2018, the Grand Jury returned a one-count Indictment charging that on or about April 13, 2018, Defendant Milligan, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder & Mary Kate Butterfield
    Case Agent: Det. James Armstead, Kansas City Police Department
    Defense: Anita L. Burns
    Investigator: Kendra Jackson

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 4 with stipulations; 6-7 without stipulations
    Defendants: 2 witness, including the Defendant

**TRIAL EXHIBITS**
    Government: approximately 21 exhibits
    Defendant: no more than 3 exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME: 2 days total**
    Government's case including jury selection: 1.5 day(s)
    Defense case: 0.5 day(s)

**STIPULATIONS**: Possible stipulation regarding prior felony conviction.

**UNUSUAL QUESTIONS OF LAW:** none

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: **Updated list due on or beforeJanuary 29, 2019.**
            Proposed Witness List filed January 18, 2019
            Proposed Exhibit List filed January 18, 2019
        Defense: **Due on or before January 29, 2019.**
            Proposed Exhibit List filed January 22, 2019.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, February 6, 2019.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** One or both parties is/are considering a motion in limine regarding co-defendant and prior convictions. **Motions in Limine due on or before February 6, 2019.**

**TRIAL SETTING**: Criminal jury trial docket set for February 11, 2019.

    **Please note:** Matt Moeder has another case (Slater 16-48) set on the February 11, 2019 docket. Anita Burns can do either week. Anita Burns is aware that additional charges may be added and does not believe a continuance is necessary. There may be additional filings regarding enhanced penalties. Anita Burns is aware and does not believe a continuance is needed. At the pretrial conference Defendant Milligan orally requested a continuance because his father just passed away. Defendant Milligan also requested new counsel. Judge Counts will hear Defendant Milligan's request later this week or next week.

**IT IS SO ORDERED.**

                                        */s/ Lajuana M. Counts*
                                        LAJUANA M. COUNTS
                                        UNITED STATES MAGISTRATE JUDGE