# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-00106-01-CR-W-HFS |
| | ) | |
| ADRIAN D. MILLIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 25, 2019, the Grand Jury returned a two-count Superseding Indictment charging that on or about April 13, 2018, the Defendant, Adrian D. Milligan, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm (Count I) and ammunition (Count II).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder and Mary Kate Butterfield
    Case Agent: James Armstead, Kansas City Police Department
    Defense: David Harold Johnson

**OUTSTANDING MOTIONS**: No outstanding motions.

**TRIAL WITNESSES**:
    Government: 7 with stipulations; 6 without stipulations
    Defendant: 3 witnesses, not including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 21 exhibits
    Defendant: approximately 0 exhibits

**DEFENSES**: General denial.

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ days total**
   Government's case including jury selection: 2 day(s)
   Defendant: ½ day(s)

**STIPULATIONS**: Possible stipulation as to interstate nexus.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

   **Witness and Exhibit List**
      Government: Proposed Witness List and Proposed Exhibit List filed January 18, 2019. **Updated list(s) due on or before August 6, 2019.**

      Defendant: Proposed Exhibit List filed January 22, 2019.   Proposed Witness List filed January 28, 2019. **Updated list(s) due on or before  August 6, 2019.**

   **Counsel are requested to list witnesses in alphabetical order on their witness list.**

   **Exhibit Index, Voir Dire, Jury Instructions: Due on or before August 14, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

   **Motion in Limine:  Due on or before August 14, 2019.**


**TRIAL SETTING**: Criminal jury trial docket set for August 19, 2019.

   **Please note:**  Government has a potential conflict on the second week.  Defense counsel would prefer the first week.


   **IT IS SO ORDERED**


                                                                   */s/ Lajuana M. Counts*
                                                                  LAJUANA M. COUNTS
                                                                  UNITED STATES MAGISTRATE JUDGE